UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLENN PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-00322-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| REPUBLIC SILVER STATE DISPOSAL, INC., et al., | ) | (Mtn for Extension - Dkt. #22) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Glenn Pratt's Motion for Extension of Time (Dkt. #22) filed December 7, 2010. On October 7, 2010, the court entered an Order (Dkt. #17) granting attorneys Sharon Nelson's and Rebekeh Baumgardener's Motion to Withdraw as Counsel for Plaintiff (Dkt. #15). The court directed Plaintiff to either retain new counsel or file a statement that he would appear *pro se* on or before November 2, 2010. Plaintiff failed to comply, and the court entered an Order to Show Cause (Dkt. #21) on November 16, 2010. There, the court directed Plaintiff to show cause in writing on or before December 1, 2010, why he had not complied with the court's previous Order (Dkt. #17). Plaintiff sent a letter to the court, postmarked December 6, 2010, requesting the court grant him an extension of time in which to retain new counsel.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Extension (Dkt. #22) is GRANTED. Plaintiff shall either retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or shall file a notice that will proceed *pro se* on or before **January 10, 2010.**

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE