1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

6  GLENN PRATT,                    )
7                      Plaintiff,  )        Case No. 2:10-cv-00322-GMN-PAL
8  vs.                             )        **ORDER**
9  REPUBLIC SILVER STATE DISPOSAL, INC.,  )
   et al.,                         )
10                                 )
11                     Defendants. )
   _____ )
12

13         This matter is before the court on Plaintiff Glenn Pratt's failure to comply with this court's

14  Order (Dkt. #24) which required Plaintiff to either retain counsel or file a notice he would proceed *pro*

15  *se* on or before January 10, 2011.  On October 15, 2010 the court granted Plaintiff's former counsel's

16  Motion to Withdraw (Dkt. #15) and gave Plaintiff until November 2, 2010 to retain counsel or file a

17  notice that he would proceed *pro se.*  The Order advised Plaintiff that his failure to timely comply with

18  the court's order could result in sanctions.  Plaintiff did not comply, and the court entered an Order to

19  Show Cause (Dkt. #21).  Plaintiff filed a letter requesting "a little more time" to retain counsel on

20  December 7, 2010 and the court entered an Order (Dkt. #24) granted Plaintiff's Motion for Extension of

21  Time to Retain Counsel (Dkt. #22), over Defendant's objection (Dkt # 23). Plaintiff has still not

22  retained counsel or filed a notice with the court that he will be appearing pro se.   As counsel  has not

23  made an appearance in this action on behalf of the Plaintiff the Plaintiff is appearing pro se, that is,

24  representing himself.  The court require him to respond to Defendant's motion for summary judgement

25  filed October 28, 2010.

26         Accordingly,

27         **IT IS ORDERED** that Plaintiff shall have until **February 10, 2011,** to file a response to

28  Defendant's Motion for Summary Judgment (Dkt # 18) filed October 28, 2010.  Plaintiff should

carefully review the court's minute order (Dkt #20) regarding the requirements of Klingele v Eikenberry and Rand v Roland for filing his response.  Failure to file a timely response as ordered may result in the motion being granted and judgment entered against the Plaintiff.

Dated this 20th day of January, 2011.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE