# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLENN PRATT, | ) | |
| | ) | Case No.: 2:10-cv-00322-GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| REPUBLIC SILVER STATE DISPOSAL, INC. | ) | |
| *doing business as* Cheyenne Transfer Station, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 27) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered February 28, 2011, in which Magistrate Judge Leen recommended that Plaintiff's Complaint be dismissed due to Plaintiff's willful failure to comply with the Court's Orders. Objections to the Report and Recommendation were due by March 17, 2011, but none have been filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and has determined that Magistrate Judge Leen's Report and Recommendation should be ACCEPTED. Plaintiffs' Complaint will be DISMISSED.

**IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Report and Recommendation (ECF No. 27) is **ACCEPTED**. Plaintiff's Complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that all other pending Motions are **DENIED** as moot.

DATED this 3rd day of May, 2011.

_____
Gloria M. Navarro
United States District Judge